**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| AARON BLANK and KARLA GUNNER<br><br>Plaintiffs,<br><br>v.<br><br>RESORT LIFESTYLE COMMUNITIES, INC. and RIVERSTONE RETIREMENT COMMUNITY, LLC<br><br>Defendants. | Case No.: 5:19-CV-6063 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Resort Lifestyles Communities, Inc. and Riverstone Retirement Community, LLC hereby provides notice of the removal of this action from the Circuit Court of Platte County, Missouri to the United States District Court for the Western District of Missouri, St. Joseph Division. In support of this removal, Defendants states as follows:

**Timeliness of Removal**

1. On March 21, 2019, Plaintiffs filed a Petition in the Circuit Court of Platte County, Missouri, styled *Aaron Blank and Karla Gunner v. Resort Lifestyle Communities, Inc. and Riverstone Retirement Community, LLC*, No. 19AE-CC00097. (*See* Petition for Damages, attached as Exhibit A).

2. The Petition was provided to, and served upon, Defendants on April 10, 2019. All other process, pleadings, or papers that have been filed in this matter are attached as Exhibit B.

3. The filing of this Notice of Removal meets the requirements of 28 U.S.C. § 1446(b), as it is being filed with this Court within 30 days after service.

## Appropriate Venue

4. Because the Circuit Court of Platte County lies within the Western District of Missouri, this Court is the appropriate venue for removal. 28 U.S.C. §§ 105(b), 1441(a), and 1446(a).[1]

## Nature of Claims and Diversity Jurisdiction

5. Plaintiffs' Petition alleges four violations of the Missouri Human Rights Act, RSMo. § 213.010 *et seq*. Plaintiff Gunner alleges two counts of disability discrimination and one count of retaliation. Plaintiff Blank alleges one count of association discrimination.

6. On information and belief, Plaintiff Gunner is seeking actual damages and compensatory damages in excess of $75,000.

7. On information and belief, Plaintiff Blank is seeking actual damages and compensatory damages in excess of $75,000.

8. Plaintiffs allege they are both residents of the State of California. (Exhibit A, ¶¶1-2.)

9. Defendant Resort Lifestyles Communities, Inc. is a Nebraska Corporation with its principal place of business in Nebraska.

10. Defendant Riverstone Retirement Community, LLC, is a Nebraska Limited Liability Company. All Members of Defendant Riverstone Retirement Community, LLC, are residents of the state of Nebraska.

11. Pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332(c), no Defendant is a citizen of the State of Missouri.

12. Because both Plaintiffs' amount in controversy exceeds $75,000 and complete diversity exists, Plaintiffs' claims are within this Court's diversity jurisdiction. 28 U.S.C. § 1332.

[1]Defendants reserve all rights with regard to venue issues including change of venue.

13. Promptly after removal, Defendants will file a copy of this Notice with the Clerk of the Circuit Court of Platte County, Missouri and will provide notice to Plaintiff as required by 28 U.S.C. §1446.

14. Pursuant to Local Rule 7.0(a), a completed Civil Cover Sheet is being filed contemporaneously with this Notice of Removal.

15. For all the foregoing reasons, removal of this action to this Court is proper pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446.

/s/ Alan L. Rupe

Alan L. Rupe, MO #56013
Kevin E. Miller, MO #71338
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4250
Facsimile: (816) 299-4245
alan.rupe@lewisbrisbois.com
kevin.miller@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, the above Notice of Removal was electronically filed using the Court's CM/ECF system and further certify that I have mailed a copy by U.S. Mail, first-class postage prepaid, to the following counsel of record:

John M. Eccher
Eccher Law Group
1034 S. Brentwood Blvd.
23rd Floor, Ste. Penthouse 1C
Saint Louis, MO 63117
jechher@eccherlawgroup.com

*Attorney for Plaintiffs*

/s/ Alan L. Rupe
Alan L. Rupe