JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Aaron Blank ;
2 Citizen of Another State; California
**County of Residence:** Outside This District

Additional Plaintiff(s):
Karla Gunner ;
2 Citizen of Another State; California

### Defendant(s):

First Listed Defendant:
Resort Lifestyle Communities, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Nebraska
**County of Residence:** Outside This District

Additional Defendants(s):
Riverstone Retirement Community, LLC ;
5 Incorporated and Principal Place of Business in Another State; Nebraska

**County Where Claim For Relief Arose:** Platte County

### Plaintiff's Attorney(s):

John M. Eccher (Aaron Blank)
Eccher Law Group
1034 S. Brentwood Boulevard, 23rd Floor, Ste. Penthouse 1C
Saint Louis, Missouri 63117
**Phone:** 314-293-3034
**Fax:** 314-293-3280
**Email:** jeccher@eccherlawgroup.com

### Defendant's Attorney(s):

Alan L. Rupe ( Resort Lifestyle Communities, Inc.)
Lewis Brisbois Bisgaard & Smith
4600 Madison Avenue, Ste 700
Kansas City, Missouri 64112
**Phone:** 816-299-4250
**Fax:** 816-299-4245
**Email:** alan.rupe@lewisbrisbois.com

Kevin E. Miller ( Riverstone Retirement Community, LLC)
Lewis Brisbois Bisgaard & Smith
4600 Madison Avenue, Ste. 700
Kansas City, Missouri 64112
**Phone:** 816-299-4243
**Fax:** 816-299-4245
**Email:** kevin.miller@lewisbrisbois.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 2 Citizen of Another State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

**State Removal County:** Platte County

**State Removal Case Number:** 19AE-CC00097

**Nature of Suit:** 445 Americans With Disabilities Act - Employement

**Cause of Action:** Four violations of the Missouri Human Rights Act, RSMo. § 213.010

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** $75,000+

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Alan L. Rupe

**Date:** 5-9-19

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.