**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| AARON BLANK and KARLA GUNNER,<br><br>Plaintiffs,<br><br>v.<br><br>RESORT LIFESTYLE COMMUNITIES, INC., and RIVERSTONE RETIREMENT COMMUNITY, LLC,<br><br>Defendants. | ) | No. 5:19-CV-06063-DGK |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered Plaintiffs' Stipulation of Dismissal with Prejudice (Doc. 10), it is hereby ORDERED that all claims against all Defendants are DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: October 21, 2019

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT